PROB 12A
(6/21)

# United States District Court

for

District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Christopher Acosta      Cr.: 21-00056-001
                                                                                                                                        PACTS #: 6066513

Name of Sentencing Judicial Officer:    THE HONORABLE  BRIAN R. MARTINOTTI
                                                                             UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/16/2020

Original Offense:    Count One: Theft Or Receipt Of Stolen Mail Matter, 18:1708

Original Sentence: 36 months probation

Special Conditions: Restitution - Money, Special Assessment, Financial Disclosure, No New Debt/Credit, Other Condition, Substance Abuse Testing, Drug Treatment

Type of Supervision: Probation                                                    Date Supervision Commenced: 09/16/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

     1                      The defendant shall pay restitution in the amount of $22,000 through installments in an amount equal to 10% of the defendant's gross income, on the first of each month, as set forth in the Order of Restitution. Installments shall be made payable to the SDNY Clerk of the Court, for disbursement to the victim.

U.S. Probation Officer Action:
To date, Christopher Acosta has paid $125 toward his financial obligation of $22,100, which includes the $100 special assessment. Although Mr. Acosta was ordered to pay an amount of 10% of his gross monthly income, the probation office asserts he does not have the financial ability to do so. Our office has determined Mr. Acosta can pay $25 per month, until his ability to pay improves. Acosta is working; however, his rent consumes the majority of his income. He has been encouraged to find better employment and the probation office will continue to monitor his finances and increase his payments at that time.

Prob 12A – page 2
Christopher Acosta

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Carly T. Schultz*
By:   CARLY T. SCHULTZ
U.S. Probation Officer

/ cts

APPROVED:

*Sharon O'Brien     March 4, 2022*
SHARON O'BRIEN                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] The Court approves the monthly payment at a rate of $25, until such time that Mr. Acosta has the financial ability to increase his payments (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

March 4, 2022
_____
Date