PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Christopher Acosta         Cr.: 21-00056-001
                                                                 PACTS #: 6066513

Name of Sentencing Judicial Officer:   THE HONORABLE BRIAN R. MARTINOTTI
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/16/2020

Original Offense:    Count 1: Theft Or Receipt Of Stolen Mail Matter, 18:1708

Original Sentence: 36 months probation

Special Conditions: Restitution - Money, Special Assessment, Financial Disclosure, No New Debt/Credit, Other Condition, Substance Abuse Testing, Drug Treatment

Type of Supervision: Probation                         Date Supervision Commenced: 09/16/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.'** |
| | On March 4, 2022, a Report on Individual Under Supervison was submitted and signed by the Court permitting Mr. Acosta's restitution payment plan to the amount of $25 per month. Mr. Acosta has failed to pay this reduced amount and his last payment of $25 was submitted on July 14, 2022. The outstanding restitution amount is $21,650. |

U.S. Probation Officer Action:
The U.S. Probation Office has reminded Mr. Acosta on several occasions to submit his payments. Recently, he claimed he needed further instructions to provide the payments to the Clerk's office. The information was provided to Mr. Acosta on December 30, 2022; however, he has not complied with our directive for payments. Our office will continue to pursue the payments in February 2023; however, if Mr. Acosta continues his non-compliance, the probation office will request a Summons for violation and request a Court appearance before Your Honor.

Prob 12A – page 2
Christopher Acosta

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Eric W. Dethloff*
By:   ERIC W. DETHLOFF
U.S. Probation Officer

/ ewd

APPROVED:

*Sharon O'Brien   February 2, 2023*
SHARON O'BRIEN                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

Signature of Judicial Officer

February 2, 2023
Date